Argued and submitted December 18, 1987, affirmed as modified February 17, 1988

# STATE OF OREGON,
*Respondent,*

*v.*

# JOEL GUZEK,
*Appellant.*

(CR7-0291-20; CA A44562)

749 P2d 618

Thomas J. Crabtree, Bend, argued the cause for appellant. With him on the brief was Crabtree & Rahmsdorff, Bend.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Joseph, Chief Judge,* and Van Hoomissen, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Young, J., deceased.

## PER CURIAM

Defendant seeks modification of the sentence imposed for driving under the influence of intoxicants. He contends that the court erred by ordering that he repay the state for court-appointed attorney fees in excess of the amount actually paid to defense counsel. ORS 161.665(1). The state concedes that fees were limited by the local public defender contract to $265 and that the court erred by ordering defendant to pay $510.[1] We modify the judgment.

Judgment modified to reduce the amount defendant is to pay for court-appointed attorney fees to $265; otherwise affirmed.

---

[1] Defendant's remaining assignment of error has no merit.